# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| WILBERT GLOVER, | Case No. 19-CV-304 (NEB/BRT) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| RICHARD RODRIQUEZ, ALBERTS ROSS, R. PAUL #705, MATT BOSTROM, GREG CROUCHER, JOE PAGET, AND OFFICER HENDRIKT, | |
| Defendants. | |

The Court has received the Report and Recommendation of United States Magistrate Judge Becky R. Thorson. [ECF No. 37.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 37] is ACCEPTED; and

2. Defendant Greg Croucher's Motion to Dismiss [ECF No. 24] is GRANTED.

Dated: December 18, 2019

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge